Civil-Trial (3/7/2011)

**HONORABLE:** Michel P. Shea
**DEPUTY CLERK** D. Johnson       **RPTR/ECRO/TAPE** Marshall
**TOTAL TIME:** 3 hours 40 minutes
**DATE:** Dec. 13, 2017   **START TIME:** 9:00   **END TIME:** 12:40
   **LUNCH RECESS** FROM: _____ TO: _____
   **RECESS (if more than ½ hr)** FROM: _____ TO: _____

**CIVIL NO.** 3:12CV1706 (MPS)

SHIWBODH, et al                             Jacobs / Miner
                                            Plaintiff's Counsel
        vs
CARIBBEAN AIRLINES,                         Maggio
                                            Defendant's Counsel

## CIVIL JURY/COURT TRIAL

- [ ] Jury of _____ reported. [ ] Jury sworn
- [ ] Juror # _____ excused.
- [ ] Jury Trial held  [ ] Jury Trial continued until _____ at _____
- [ ] [ ] Court Trial begun  [ ] Court Trial held  [ ] Court Trial continued until _____
- [x] Court Trial concluded [x] DECISION RESERVED
- [ ] ...#___ Motion _____  [ ] granted [ ] denied [ ] advisement
- [ ] ...#___ Motion _____  [ ] granted [ ] denied [ ] advisement
- [ ] ...#___ Motion _____  [ ] granted [ ] denied [ ] advisement
- [ ] ...#___ Motion _____  [ ] granted [ ] denied [ ] advisement
- [x] Oral Motion for Judgment as a Matter of Law  [ ] granted [ ] denied [x] advisement
- [ ] Oral Motion _____  [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion _____  [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion _____  [ ] granted [ ] denied [ ] advisement
- [ ] _____  [ ] filed [ ] docketed
- [ ] _____  [ ] filed [ ] docketed
- [ ] _____  [ ] filed [ ] docketed
- [ ] _____  [ ] filed [ ] docketed
- [ ] _____  [ ] filed [ ] docketed
- [x] Plaintiff(s) rests   [x] Defendant(s) rests
- [ ] Briefs(s) due [ ] Pltf _____ [ ] Deft _____ [ ] Reply _____
- [ ] Summations held [ ] Court's Charge to the Jury
- [ ] All full exhibits, [ ] Verdict form, [ ] Interrogatories to the jury handed to jury
- [ ] Jury commences deliberations at _____
- [ ] Court orders jury to be fed at government expense (bill w/copy of jury sign-in sheet to finance clerk)
- [ ] SEE page 2 for verdict
- [ ] COPY TO: JURY CLERK with daily juror attendance sign-in sheet