# APPENDIX OF MEDICAL BILLS

| MEDICAL EXPENSES: | AMOUNT: | CORRESPONDING REPORT (EXHIBIT): |
|---|---|---|

### Broadway Medical Group LLC

| Date | Amount | Exhibit |
|---|---|---|
| (08/19/11) | 160.00 | 2A |
| (09/09/11) | 175.00 | 2B |
| (10/07/11) | 175.00 | 2C |
| (11/02/11) | 175.00 | 2D |
| (12/27/11) | 175.00 | 2F |
| (02/28/12) | 175.00 | 2G |
| (03/14/12) | 175.00 | 2H |
| (03/28/12) | 120.00 | 2I |
| (04/24/12) | 120.00 | 2J |
| (05/23/12) | 175.00 | 2K |
| (07/16/12) | 175.00 | 2KL |
| (08/31/12) | 175.00 | 17A (bill only) |
| (10/10/12) | 260.00 | 2M |
| (12/24/12) | 195.00 | 17A (bill only) |
| (01/22/13) | 195.00 | |
| (02/18/13) | 195.00 | 2N |
| (03/18/13) | 195.00 | 2O |
| (08/19/13) | 260.00 | 2P |
| (09/20/13) | 195.00 | 2Q |
| (10/02/13) | 150.00 | 2R,S |
| (11/08/13) | 225.00 | 2T |
| (02/27/14) | 195.00 | 2U |
| (04/01/14) | 190.00 | 2V |
| (05/01/14) | 195.00 | 2W |
| (07/21/14) | 195.00 | 2X |
| (08/28/14) | 195.00 | 2Y |
| (12/04/14) | 195.00 | 2Z |
| (02/20/15) | 195.00 | 2AA |
| (07/06/15) | 260.00 | 2BB |
| (11/30/15) | 195.00 | 2EEC FF, GG, H, II |

### Michael Connair, M.D.

| Date | Amount | Exhibit |
|---|---|---|
| (09/28/11-08/28/12) | 7,495.00 | 5 |

| MEDICAL EXPENSES: | AMOUNT: | CORRESPONDING RECORD / REPORT: |
|---|---|---|

*Shoreline Surgery Center*

| | | |
|---|---|---|
| (10/28/11) | 4,800.00 | 4D |
| (11/16/12) | 10,560.00 | 4I |

*AIM Radiology aka Diagnostic Imaging aka*
*Meriden Imaging aka Midstate Radiology Assoc.*

| | | |
|---|---|---|
| (08/19/11 – Cervical) | 135.00 | 16A |
| (08/19/11 – Dorsal) | 110.00 | 16B |
| (08/19/11 – Lumbar) | 130.00 | 16C |
| (08/19/11 – Pelvis) | 73.00 | 16H |
| (08/19/11 – Hips) | 103.00 | 16K |
| (08/19/11 – Hips) | 103.00 | 16L |
| (08/19/11 – Femur) | 103.00 | 16I |
| (08/19/11 – Femur) | 103.00 | 16J |
| (08/19/11 – Ankle) | 78.00 | 16F |
| (08/19/11 – Ankle) | 78.00 | 16G |
| (08/19/11 – Foot) | 73.00 | 16D |
| (08/19/11 – Foot) | 73.00 | 16E |
| (08/23/11) | 327.71 | 16M |
| (08/23/11) | 56.21 | |
| (09/12/11) | 767.85 | 16N |
| (09/28/11) | 80.08 | |
| (10/06/11) | 656.24 | 16O |
| (10/11/11) | 43.48 | |
| (10/13/11) | 656.24 | 16P |
| (01/30/13 – MRI – Brain) | 1,500.00 | 16U |

*Village Street Physical Therapy*

| | | |
|---|---|---|
| (08/29/11-11/09/11) | 3,776.59 | 3 |

*Whitney Imaging Center*

| | | |
|---|---|---|
| (09/12/11-MRI-lumbar) | 1,159.22 | 16N |
| (10/05/11-MRI low extremity) | 992.42 | 16O |
| (10/13/11-MRI low extremity) | 992.42 | 16P |
| (11/04/11-US abdominal) | 275.00 | |
| (02/20/12-MRI brain) | 1,061.28 | 16R |
| (02/20/12-MRI cervical) | 1,073.52 | 16Q |
| (06/13/12-CT low extremity) | 899.03 | 16S |
| (07/13/12-MRI-lumbar) | 1,159.22 | 16T |
| (11/30/12-US abdominal) | 275.00 | |
| (03/13/15-MR-brain) | | 16X |

| **MEDICAL EXPENSES:** | **AMOUNT:** | **CORRESPONDING RECORD / REPORT:** |
|---|---|---|
| *MedSolutions* | | |
| (02/20/12) | 1,350.00 | |
| (06/13/12) | 400.00 | |
| (07/13/12) | 675.00 | |
| (09/25/12) | 100.06 | |
| (10/16/12) | 29.55 | |
| (01/30/13) | 522.00 | |
| (04/24/13) | 34.10 | |
| *CT Comprehensive Neurologic Mgt* | | |
| Dr. Adam Mednick | | |
| (02/14/12-05/22/12) | 2,901.00 | 6 |
| *The Orthopaedic Group, LLC (Richard A. Zell, M.D.)* | | |
| (09/25/12) | 595.00 | 7A |
| (10/16/12) | 223.00 | 7B |
| (10/18/12 – Arthroscopy) | 5,380.00 | 7C |
| (10/26/12) | N/C | 7D |
| (11/13/12) | N/C | 7E |
| (12/05/12) | N/C | 7F |
| (03/05/13) | 583.00 | 7H |
| (04/16/13) | 133.00 | 7I |
| (04/24/13) | 100.00 | 7J |
| (05/08/13) | 133.00 | 7K |
| (05/10/13) | 205.00 | 9 |
| (05/22/13) | 133.00 | 7L |
| *Connecticut Orthopaedic Specialists (Enzo J. Sella, M.D.)* | | |
| (06/20/13) | 387.00 | 8A |
| (08/19/13) | 130.00 | 8B |
| (08/21/13) | 2,100.00 | 8C |
| (09/03/13) | 375.00 | 8E |
| (11/14/13) | 130.00 | 8H |
| (01/16/14) | 130.00 | 8I |
| (01/17/14 –MRI-lower joint) | 1,400.00 | 16W |
| (01/30/14) | 155.00 | 8J |
| (04/03/14) | 190.00 | 8K |
| (06/12/14) | 130.00 | 8L |
| (07/21/14) | 130.00 | 8M |
| (04/06/15) | 344.00 | 11A |
| (04/23/15) | 190.00 | 8N, 9B |
| (06/04/15) | 130.00 | 8N, 9C |
| (06/08/15) | 424.00 | 8N, 13A |
| (06/12/15) | 1,620.00 | 8N, 13B |

| MEDICAL EXPENSES: | AMOUNT: | CORRESPONDING RECORD / REPORT: |
|---|---|---|
| (07/02/15) | 130.00 | 8N, 13C |
| (07/16/15) | 130.00 | 8N, 13D |
| (07/27/15) | 130.00 | 8N, 9D |
| (07/29/15) | 17,430.00 | 8N, 9E |
| Repair of tendon, repair of ankle ligament, Partial removal of tibia, ankle arthroscopy, Muscle graft from leg | | |
| (08/06/15) | 270.00 | 8N, 9F |
| (08/13/15) | 270.00 | 8N |
| (08/20/15) | N/C | 8N, 9G |
| (09/03/15) | N/C | 8N, |
| (09/17/15) | 108.00 | 8N, 9H |
| (10/13/15) | N/C | 8N, 9I |
| (11/12/15) | 364.00 | 8N, 9J |
| (01/07/16) | 130.00 | 8N, 9K |
| (01/29/16) | 190.00 | 8N, 14A |
| (03/21/16) | 130.00 | 8N, 14B |
| (04/01/16) | 130.00 | 8N, 13E |
| (04/12/16) | 1,700.00 | 8N, 13F |
| (04/15/16) | 130.00 | 8N, 13G |
| (09/22/16) | 616.00 | 8N, 9L |
| (09/26/16 – MRI – R knee) | 1,400.00 | 8N, 16AA |
| (10/03/16) | 130.00 | 8N, 9M |
| (10/31/16 – Injection R ankle) | 1,367.00 | 8N, 9N |
| (02/13/17) | 364.00 | 9O |
| (04/17/17) | 364.00 | 9P |
| (04/27/17) | 190.00 | 13H |
| (05/08/17) | 1,384.50 | Dr. Ferrucci test. |
| (08/28/17) | 130.00 | 9Q |
| (05/11/17) | 130.00 | 13I |
| (09/11/17) – injection R ankle) | 1,404.50 | 9R |

***Therapy Works***

| (03/27/12-01/25/13) | 10,285.00 | 17I |

***Connecticut Neuroscience (Martin Hasenfeld, M.D.)***

| (09/27/11-12/06/12) | 4,725.00 | 4 |

***Anesthesia Associates***

| (10/18/12) | 1,540.00 | 7C |
| (08/21/13) | 1,260.00 | 8C |

| **MEDICAL EXPENSES:** | **AMOUNT:** | **CORRESPONDING RECORD / REPORT:** |
|---|---|---|
| *YNH at Hospital of St Raphael* | | |
| (10/03/11) | 1,427.11 | 4B |
| (06/27/12) | 155.00 | |
| (09/25/12) | 215.00 | 7A |
| (10/18/12) | 11,235.34 | 7C |
| *Yale Medical Group* | | |
| (05/06/13) | 255.00 | 16V |
| (07/25/17) | 395.00 | 15 |
| (08/07/17) | 295.00 | 16BB |
| *Yale New Haven Hospital* | | |
| (05/06/13-MRI-lower extremity) | 2,438.00 | 16V |
| (05/08/13-Shoreline Medical) | 255.00 | 7K |
| (08/21/13-procedure) | 12,827.62 | 8C |
| (07/21/14-HC venous) | 826.00 | |
| (09/12/14-US pelvis) | 844.00 | |
| (04/17/15- MRI r ankle) | | 16Y |
| (08/07/17 – MRI – brain) | 3,113.00 | 16BB |
| *Moshe Hasbani, M.D.* | | |
| (01/28/14) | 500.00 | 10A |
| (06/05/15) | 250.00 | 10B |
| (03/23/16) | | 10C |
| *Branford Open MRI* | | |
| (07/06/15 – MRI – lumbar) | 1,500.00 | 16Z |
| *Physical Therapy & Sports Med Center* | | |
| (09/22/15 – 11/02/15) | 4,325.08 | 12E |
| *Connecticut Orthopaedic Specialists* | | |
| Facility Use Charge (07/29/15) | 31,480.91 | 17G |
| *Rite Aid Pharmacy* | | |
| (through 11/21/17) | <u>8,426.45</u> | |
| **TOTAL MEDICAL EXPENSES:** | **$ 194,185.73** | |