UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------------ x
MALEISA SHIWBODH,

                    Plaintiff,

   vs.

CARIBBEAN AIRLINES LIMITED,

                    Defendant.

------------------------------------------------------------------ x

CIVIL NO.: 3:12-cv-01706-MPS

MARCH 28, 2018

## NOTICE OF SETTLEMENT

Notice is hereby given that the matter of Maleisa Shiwbodh was settled for the sum of TWENTY-FIVE THOUSAND ($25,000.00) DOLLARS, without costs or interest, on March 20, 2015.

                                            THE PLAINTIFF

                    BY:   Steven D. Jacobs
                            STEVEN D. JACOBS, ESQ.
                            JACOBS & JACOBS, LLC
                            700 STATE STREET
                            NEW HAVEN, CT 06511
                            PHONE: (203) 777-2300
                            FAX: (203) 773-8075
                            EMAIL: steve@jacobs-jacobs.com
                            FED. BAR NO. CT00409

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was filed electronically this 28th day of March, 2018.  Notice of this filing will be sent to all parties electronically by operation of the court's electronic filing system or by mail, postage prepaid, to anyone unable to accept electronic filing.  Parties may access this filing through the court's electronic filing system.

_____
STEVEN D. JACOBS